

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00563-CV

**HOLLY RIDGE HEALTHCARE, P.A.,**
Appellant

v.

**UNITED BIOLOGICS, LLC** d/b/a United Allergy Services,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2014CV02437
Jason W. Wolff, Judge Presiding

## O R D E R

Appellee's brief was due to be filed with this court on November 6, 2015. *See* TEX. R. APP. P. 38.6(b). To date, no Appellee's brief or a motion for extension of time has been filed.

If Appellee wishes to file a brief in this appeal, Appellee is hereby ORDERED to file within TEN DAYS of the date of this order (1) Appellee's brief, and (2) a reasonable explanation for failing to timely file the brief. *See id.* R. 38.6(d). If Appellee wishes the response to serve as a motion for extension of time, the response must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

If Appellee fails to file an adequate response within TEN DAYS of the date of this order, the appeal will be set for submission without Appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in Appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.



Keith E. Hottle
Clerk of Court